IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID CLARKE,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                      No. 13-cv-342-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 30, 2013, Petitioner's Motion is **DENIED** and Petitioner's claims are **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  s/*Sara Jennings*
                                                  Deputy Clerk

Dated:   October 30, 2013

                            David R. Herndon
                            2013.10.30
                            07:08:16 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT